

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Eric Dewayne Burns Sr.;　　　　　　　　\* From the 350th District Court
Eric Dewayne Burns Jr.;　　　　　　　　　 of Taylor County,
and Vennetta Burns,　　　　　　　　　　 Trial Court No. 13224-D.

Vs. No. 11-24-00100-CV　　　　　　　　\* June 13, 2024

Debra Lynn Lowry and Liberty　　　　　　\* Memorandum Opinion by Bailey, C.J.
County Mutual Insurance Company,　　　　 (Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.